**Electronically Filed
Supreme Court
SCWC-14-0001217
08-FEB-2016
12:29 PM**

SCWC-14-0001217

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMAL MCGHEE,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001217; 1DCW-14-0002729)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jamal McGhee's

application for writ of certiorari filed on December 30, 2015, is

hereby accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawai'i, February 8, 2016.

William H. Jameson, Jr.
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

